# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED  ENTERED
LOGGED  RECEIVED

SEP 2 7 2017

UNITED STATES OF AMERICA

v.

DAVID S. CHOI

**Defendant**

* * * * * * * * * * *

Citation No(s):

6759218

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Docket No:

MD 39

17-po-8164

* * * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| DRIVER USING HANDHELD PHONE WHILE VEHICLE IN MOTION | — | 20. | 5. | 30. |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL DUE:  $ 55.—

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363**
    **(or you may pay online at www.cvb.uscourts.gov)**
☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

☐ Waive Initial Appearance                ☐ Continue to Obtain License

☐ Continue for Payment                    ☐ Continue to Retain Attorney

☐ Set for Trial                           ☐ New Court Date: _____

☐ Dismissed by the Government             at: _____ a. m.

COMMENTS: _____ PLEA TO REDUCED FINE _____

_David Choi_____          _S. _____
Defendant's Signature                 Assistant U.S. Attorney

                                      09-27-17
_____          _____
Attorney for Defendant             Date

*Original – Court*          *Yellow – Defendant*          *Pink – AUSA*

Plea Agreement (01/2013) Triple